JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 7 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1656

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE CP SHIPS LTD. SECURITIES LITIGATION*

*Thomas F. Linn v. CP Ships Ltd., et al.,* D. Colorado, C.A. No. 1:05-1444

05-CV-01444-WYD-MJW

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2005

GREGORY C. LANGHAM
CLERK

### CONDITIONAL TRANSFER ORDER (CTO-2)

On February 17, 2005, the Panel transferred two civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, one additional action has been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable James D. Whittemore.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Whittemore.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of February 17, 2005, 360 F.Supp.2d 1369 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable James D. Whittemore.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 2 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By _____
Deputy Clerk